**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 3-94-46 (RHK) |
| Plaintiff, | **ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |
| v. | |
| Julius Christopher Doyle, | |
| Defendant. | |

Upon application of the Defendant, the Court finds that it is in the interest of justice that present counsel be relieved of his assignment to represent the Defendant in the above-entitled case.  The Court directs that Mark Nyvold, a member of the CJA Conflicts Panel, be appointed as substitute counsel to continue the representation of the Defendant before this Court.


Dated: July 24, 2008                                  s/Richard H. KYle
                                                               RICHARD H. KYLE
                                                               United States District Judge