**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,  | Criminal No. 3:94-46 (1) (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Julius Christopher Doyle, | |
| Defendant. | |

Before the Court is Defendant's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2). The Motion is predicated on recent amendments to Sentencing Guidelines 2D1.1. On November 22, 1994, Defendant was sentenced as a career offender to a total of 322 months' imprisonment. Because of his career offender status, he is not eligible for a sentencing reduction pursuant to 18 U.S.C. § 3582(c)(2). Accordingly, and upon all the files, records and proceedings herein, the Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) (Doc. No. 265) is **DENIED**.

Dated: January 13, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge